**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
(Kansas City Docket)**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>　　　　　　**Plaintiff,**<br><br>　　v.<br><br>**LUCAS JOHN ROYCE SPIES,**<br><br>　　　　　　**Defendant.** | Case No. 22-mj-08244-TJJ |

**CRIMINAL COMPLAINT**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

**COUNT 1
[18 U.S.C. § 2113(a)]**

On or about November 7, 2022, at approximately 1:01 p.m., in the District of Kansas, the defendant,

**LUCAS JOHN ROYCE SPIES,**

by force, violence, and intimidation, attempted to take United States currency from the person and presence of Victim Tellers 1 and 2, employees of Bank Midwest, in Olathe, Kansas, such currency belonging to and in the care, custody, control, management, and possession of Bank Midwest, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

This was in violation of Title 18, United States Code, Section 2113(a).

**COUNT 2
[18 U.S.C. § 2113(a)]**

1

On or about November 7, 2022, at approximately 1:16 p.m., in the District of Kansas, the defendant,

## LUCAS JOHN ROYCE SPIES,

by force, violence, and intimidation, took United States currency from the person and presence of Victim Teller 3, employees of US Bank, in Olathe, Kansas, such currency belonging to and in the care, custody, control, management, and possession of US Bank, a financial institution the deposits of which were insured by the Federal Deposit Insurance Corporation.

This was in violation of Title 18, United States Code, Section 2113(a).

I further state that I am a Special Agent with the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

See attached affidavit, which is incorporated herein by reference.

Continued on the attached sheet and made a part hereof:   x Yes   No

Dustin Green. Special Agent, FBI
Signature of Complainant

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone on November 8, 2022

HONORABLE TERESA J. JAMES
United States Magistrate Judge

Signature of Judicial Officer

2

## AFFIDAVIT

I, Special Agent Dustin Green, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.

I am a Special Agent (SA) of the Federal Bureau of Investigation (FBI) and have been so employed since January 2020. I am currently assigned to the Violent Crimes Squad within the Kansas City Division of the FBI, responsible for conducting bank robbery investigations. I also have approximately eight years of experience as a local law enforcement officer, most recently with the Dallas, Texas Police Department. I have been involved in search warrants, interrogations, surveillances, interviews, and arrests.

This complaint is based on the following facts, which are known to me as a result of my personal participation in the investigation, my conversations with law enforcement officers involved in the investigation, and from reports prepared by law enforcement officers:

### ATTEMPTED ROBBERY OF BANK MIDWEST, OLATHE, KANSAS

On November 7, 2022, at approximately 1:01 p.m., one male subject entered the Bank Midwest, 14735 West 119th Street, Olathe, Kansas 66062, located within the District of Kansas. Video surveillance footage indicated the subject, a white male wearing a camouflage jacket with the hood up, a camouflage face covering, camouflage gloves, blue jeans and white tennis shoes approached the teller counter. A person, who will be identified in this affidavit as "Victim Teller #1", acknowledged the subject. The subject stated he wanted to cash a check, but instead handed Victim Teller #1 a note that stated something to the effect of "Please give me this from your drawer, $25,000, 3 guys with guns who will be in here in 90 seconds if you don't give this to me". Victim Teller #1 stated the subject initially appeared worried. Victim Teller #1 tried to keep the note, but the subject took it back from them.

Victim Teller #1 told the subject they would get the manager to help, but the subject told them not to tell the manager and stated, "I know you have it in the drawer." Victim Teller #1 put their hand under the counter to hit the silent alarm, but the subject reached across the counter and told them not to do that. Victim Teller #1 thought the subject was going to push their hand away from the alarm but was able to move it before the subject physically touched them. The subject then told Victim Teller #1, "the 3 guys were going to be in the bank in 60 seconds now," and again demanded the money. Victim Teller #1 stated the subject's demeanor started to change, and he became more "violent" in the tone of his voice. The subject also started reaching over the teller counter and was trying to open the drawers. Victim Teller #1 described the subject as a white male, approximately 30 to 35 years old, blue eyes, short blonde hair, 6'2" to 6'5", 200-230 pounds, and was wearing a camouflage jacket, camouflage mask and camouflage gloves.

Another person, who will be identified in this affidavit as "Victim Teller #2", approached the subject as he was lying on top of the teller counter reaching behind it. The subject showed Victim Teller #2 the same note, Victim Teller #2 understood the threat to mean the guys were going to come in and shoot the bank employees. After not receiving any money, the subject took the note with him and left the bank. Victim Teller #2 described the subject as a white male, in his late 20's or early 30's, blue/green eyes, over 6 feet tall, skinny build, and wearing a camouflage mask, camouflage jacket, camouflage gloves and blue jeans. Victim #2 specified that their spouse is 6'8" tall, and the subject appeared taller than that.

Video surveillance footage also showed a tan SUV pull into a parking lot near the bank and in the area from which the subject approached the bank. There were no injuries during the robbery. Bank Midwest is insured by the Federal Deposit Insurance Corporation ("FDIC"). The FDIC is an agency that provides deposit insurance to depositors in U.S. depository institutions.

**IMAGES FROM BANK MIDWEST SURVEILLANCE FOOTAGE**

4



(Images from exterior bank surveillance video)



(Images from interior bank surveillance video)

## ROBBERY OF US BANK, OLATHE, KANSAS

On November 7, 2022, at approximately 1:16 p.m., one male subject entered the US Bank, 15380 West 119th Street, Olathe, Kansas 66062, located within the District of Kansas. The US Bank was approximately 0.5 miles west of the attempted bank robbery at Bank Midwest. Video surveillance footage indicated the subject, a white male wearing a camouflage jacket with the hood up, a camouflage face covering, camouflage gloves, blue jeans and white tennis shoes approached the teller counter. A person, who will be identified in this affidavit as "Victim Teller #3," greeted the subject. The subject pulled out a note, and attempted to open it, but had difficulties due to the gloves he was wearing. Victim Teller #3 was able to read part of the note,

5

which said something to the effect of there being "3 others in vehicles that were armed with guns, and he wanted $25,000".

The subject verbally told Victim Teller #3 to "open your drawer". Victim Teller #3 tried to explain that the drawer was empty and opened it to show him. The subject told Victim Teller #3 to hurry and told him to go get it from another drawer. When the subject told Victim Teller #3 to hurry, he reached into a small bag that he had slung across his chest. Victim Teller #3 initially thought he might be reaching for a weapon, but believed they partially saw a phone in the subject's hand.

While Victim Teller #3 was retrieving currency from a different drawer, the subject moved to the other end of the teller counter, near the walk-through gate to get behind the counter, and was attempting to open the gate. Victim Teller #3 was worried that the subject was going to come behind the counter and harm their co-workers, so they hurried and gave the subject currency, which contained an electronic tracking device. Victim Teller #3 explained that the tracking device activates when it is removed from the tray and provides a location to law enforcement.

The subject took the money, left the bank with the note, and walked northbound behind the bank. Victim Teller #3 went to the drive through window and saw the subject get into a tan SUV parked in a parking lot. Victim Teller #3 took photographs of the vehicle as it was leaving. Victim Teller #3 described the subject as a white male, approximately 6'2" to 6'4" in height, with an average build, and either blue or green eyes. Victim Teller #3 described feeling "shook" and surprised that the robbery was occurring. Victim Teller #3 also felt fear and concern for their co-workers. There were no injuries during the robbery. The bank reported a loss of $3,819.43. Furthermore, the FBI confirmed the US Bank is also insured by the FDIC.



**(Image of subject's tan GMC Yukon, taken by Victim Teller #3, as it was leaving)**

## IMAGES FROM US BANK SURVEILLANCE FOOTAGE





**(Images from interior bank surveillance video)**

## ARREST AND IDENTIFICATION OF LUCAS SPIES – LOCATED NOTE AND CURRENCY

On November 7, 2022, shortly after the US Bank robbery, with the assistance of the location information that was being provided to dispatch centers through the electronic tracking device, Olathe Kansas Police Officers located the tan GMC Yukon near College Boulevard/Lackman Road in Olathe, Kansas. The officers observed the driver to be a white male wearing a camouflage jacket. Officers attempted to initiate a traffic stop, but the GMC Yukon fled from officers and a high-speed vehicle pursuit ensued. Multiple times during the pursuit, the GMC Yukon traveled in the wrong lanes of the roadway into oncoming traffic, forcing law enforcement to discontinue the pursuit. Officers continued tracking the GMC Yukon with the

8

electronic tracking device, and traffic cameras, and located it again near Kansas-7 Highway/Old 56 Highway in Olathe, Kansas, where the pursuit was re-initiated. Kansas Highway Patrol (KHP) Troopers eventually conducted a Tactical Vehicle Intervention and the driver continued to try and flee with the vehicle at which point the GMC Yukon struck KHP Trooper Irwin's patrol vehicle. The driver, and sole occupant, attempted to flee on foot by jumping out of the driver's side window. The driver was taken into custody a short distance away after attempting to flee on foot and fighting with arresting officers. The driver was identified as Lucas John Royce SPIES. Approximately $3,480 in $20 bills and a handwritten note were recovered from his person. The note that was recovered read "Listen Closely & Remain Calm 3 Men with Guns brought me to get $25,000. In 90 seconds if I don't leave here with the money for any reason, they will kill me & everyone in this room. Quickly & calmly give me all the money from each drawer. Do not contact authorities for 30 seconds after I walk out to ensure they have left with me & the money. And everyone will be safe."



**(Image of note seized from SPIES**

9



**(Image of SPIES following his arrest)**



**(Images of GMC Yukon at end of pursuit)**

An Olathe Kansas Police Detective attempted to interview SPIES. After reading SPIES his Miranda Rights, SPIES advised that he understood his rights, but indicated he was not willing to speak with the detective.

The investigations of these bank robberies are ongoing. This affidavit does not contain all the information that I know about these investigations, but rather it contains a summary of certain components of the investigation to establish probable cause to believe the bank robbery identified in the complaint occurred and was committed by Lucas John Royce SPIES. This affidavit summarizes facts discovered in the investigation that establish probable cause. Based on my training, experience, and knowledge of this investigation, I believe there is probable cause to conclude that Lucas John Royce SPIES committed a bank robbery at the US Bank in Olathe, Kansas, on November 7, 2021, in violation of Title 18, United States Code, Sections 2113(a) and 2113(d).